PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

| | |
|---|---|
| DOCKET NUMBER *(Tran. Court)* | 2:19CR00041 |
| DOCKET NUMBER *(Rec. Court)* | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Jesus Cruz-Perez<br>In Federal Custody<br>Pending Trial in the Southern District of California | Nevada | U.S. Probation Office |

| | NAME OF SENTENCING JUDGE |
|---|---|
| | Richard F. Boulware |

| DATES OF PROBATION/SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | 5/14/2019 | 5/13/2022 |

**OFFENSE**
8 U.S.C. § 1326   Deported Alien Found Unlawfully in the United States

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF   Nevada

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the   Southern District of California   upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

June 13, 2022
*Date*

*RICHARD F. BOULWARE, II*
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   Southern   DISTRICT OF   California

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

*Effective Date*                                                 *United States District Judge*